

ADC # 115357
Arizona State Prison Complex —Lewis
Unit Buckley
Buckeye    AZ- 85326

CLERK OF THE UNITED STATES
DISTRICT COURT
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 1500
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS



RECEIVED
JUL 29 2022
CLERK'S OFFICE
U.S. DISTRICT COURT