X FILED   __LODGED
__RECEIVED __COPY

AUGUST 22, 2014

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

BY *s/ M. Hudson*   DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the matter of:<br><br>ELECTRONIC SUBMISSION OF<br>PRISONER DOCUMENTS<br>PILOT PROJECT<br><br>**SUPERSEDES GENERAL ORDER 14-14** | GENERAL ORDER 14-17 |

The Court and the Arizona Department of Corrections (ADC) have agreed to extend the following pilot project designed to reduce the cost of processing prisoner filings.

1. The Court will provide five digital senders for use in the five units of the ADC Eyman Complex: Cook, Meadows, Rynning, Browning, and SMU I. The Court will retain ownership of the digital senders.
2. ADC will provide scanners for use in six designated units of the ADC Lewis Complex: Bachman, Barchey, Buckley, Morey, Rast, and Stiner.
3. Eyman and Lewis Complex staff will scan to PDF and, after quality review, email to the Court all documents presented by prisoners for filing with the Court. The original documents will be returned to the prisoner. All documents submitted for filing by prisoners in the Eyman Complex and in the six designated units of the Lewis Complex must be emailed to the Court in a PDF format. Sealed cases are exempt from this pilot project.
4. The Court will receive and file the prisoners' documents electronically. After traditional service of the prisoner's complaint or petition and appearance by an

opposing party, transmission of the Notice of Electronic Filing (NEF) to opposing parties who are Electronic Case Filing Registered Users constitutes service of the hyperlinked document for purposes of Rule 5(b)(3) of the Federal Rules of Civil Procedure. The Clerk of Court will mail a copy of the prisoner's electronically filed document to Nonregistered Users.

5. The Eyman Complex Units and the designated Lewis Complex Units will each establish an email address for receipt of NEFs of documents filed electronically. Staff in these Units will print the NEFs and the hyperlinked orders and other documents filed by the Court. Receipt of copies of the NEFs and hyperlinked documents by the prisoner constitutes service of the document on the prisoner. If the prisoner refuses delivery or is no longer at the designated Unit, Unit staff will indicate the reason for non-delivery on the NEF and email it to the Court.

6. Opposing parties must serve filings on Eyman and Lewis prisoners by means other than electronic filing as provided in Rule 5.5(h) of the Local Rules of Civil Procedure and Rule 5 of the Federal Rules of Civil Procedure. Eyman and Lewis staff will not provide to prisoners NEFs or the hyperlinked documents filed by opposing parties.

7. The Court or ADC may terminate the pilot project at any time. The Court and ADC must periodically evaluate the pilot project and determine whether it should be continued, terminated, modified or expanded.

This General Order supersedes General Order 14-14.

DATED this 22nd day of August, 2014

*[signature]*

Raner C. Collins
Chief United States District Judge