**DEBRA D. LUCAS**
ACTING DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

*Visit our website at www.azd.uscourts.gov*

# E-Filing Instructions
## (Updated 9/17/15)

Under General Order 14-17 you are required to participate in the Prisoner Electronic Filing Program. In order to avoid delays in the processing of your documents, please follow the below guidance.

1.  Only documents intended for filing in your U.S. District Court case should be submitted to the librarian for scanning. **All other documents will be returned, unfiled, to the librarian.**

2.  Documents intended for courts other than the U.S. District Court must not be submitted to the librarian for scanning. These documents must be mailed to the appropriate court. **These documents will be returned, unfiled, to the librarian.**

3.  Correspondence should be <u>mailed</u> to the court. **Documents submitted electronically which appear to be correspondence will be returned, unprocessed, to the librarian.**

4.  You must include your **complete** case number on your documents in the following format: CV-13-0000-PHX or CV-13-0000-TUC. **Documents without a case number which are not new cases will be returned, unfiled, to the librarian.**

    **If you are submitting more than one new case, each case must be clearly labeled or the documents will be considered one case.**

5.  Documents must be dark enough to be legible after the scanning process. If possible, use a dark ink pen. If an ink pen is not available,

write as dark as possible with a pencil.  Darken all areas of carbon copy forms that may not be legible.  **Documents will NOT be reviewed for legibility.  Your case will be delayed if the presiding judge is unable to read the documents.**

6. If you are submitting multiple documents, they must be given to the librarian as separate documents.  **Documents scanned together will be electronically filed as one document.**

7. Each page of every document must be clearly numbered in the order you wish to have them scanned.  **Oversized documents should be submitted to the librarian in 50 page increments and must be clearly labeled, 1 of \_\_.**  Begin page numbers anew with each separate document.

8. The certificate of service should be the last page of your document.  **If it is filed separately without a case number it will be returned, unfiled, to the librarian.**

9. The notice of electronic filing (NEF) from the Court will include the number of pages filed.

10. Do not submit two-sided documents.

11. Do not submit copies of cases or prison policies.  The Court has access to them, so you only need to cite them.

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*