Federal Rule 5.2 Civil  Privacy Protection For Filings Made with the Court

(a) **Redacted Filings**.  Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

> (1) the last four digits of the social-security number and taxpayer-identification number;

> (2) the year of the individual's birth;

> (3) the minor's initials; and

> (4) the last four digits of the financial-account number.

(b) **Exemptions from the Redaction Requirement.**  The redaction requirement does not apply to the following:

> (1) a financial-account number that identifies the property allegedly subject to forfeiture in a forfeiture proceeding;

> (2) the record of an administrative or agency proceeding;

> (3) the official record of a state-court proceeding;

> (4) the record of a court or tribunal, if that record was not subject to the redaction requirement when originally filed;

> (5) a filing covered by Rule 5.2(c) or (d); and

> (6) a pro se filing in an action brought under 28 U.S.C. §§ 2241, 2254, or 2255.

(c) **Limitations on Remote Access to Electronic Files; Social-Security Appeals and Immigration Cases.**  Unless the court orders otherwise, in an action for benefits under the Social Security Act, and in an action or proceeding relating to an order of removal, to relief from removal, or to immigration benefits or detention, access to an electronic file is authorized as follows:

> (1) the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record;

> (2) any other person may have electronic access to the full record at the courthouse, but may have remote electronic access only to:

> > (A) the docket maintained by the court; and

> > (B) an opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record.

**(d) Filings Made Under Seal.**  The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record.

**(e) Protective Orders.**  For good cause, the court may by order in a case:

>    (1) require redaction of additional information; or

>    (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court.

**(f) Option for Additional Unredacted Filing Under Seal.**

A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record.

**(g) Option for Filing a Reference List.**  A filing that contains redacted information may be filed together with a reference list that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed. The list must be filed under seal and may be amended as of right. Any reference in the case to a listed identifier will be construed to refer to the corresponding item of information.

**(h) Waiver of Protection of Identifiers.**  A person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal.