

FILED 8-3-2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Earl F. Crago 115357
ASPC-Lewis-BDU
PO BOX 70
Buckeye, AZ. 85326

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago, <br>     Petitioner, <br> v. <br> David Shinn, et al., <br>     Respondents | No. CV 22-00339-TUC-JAS-LAB <br><br> NOTICE OF CHANGE OF ADDRESS. |

Petitioner's New Address is:

Earl F. Crago 115357
ASPC-LEWIS-Bachman Detention Unit (BDU)
PO BOX 70
BUCKEYE, AZ. 85326

Date: August 3, 2022     By: *Earl F. Crago*
                                        Petitioner, Pro Se.

I, Earl F. Crago, certify I delivered the foregoing to prison officials for efiling on August 3, 2022.

                                        By: *Earl F. Crago*