Generated: Aug 16, 2022 9:18AM

Page 1/1

## U.S. District Court

## Arizona - Tucson

FILED ___ LODGED
RECEIVED ___ COPY

AUG 1 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Receipt Date: Aug 16, 2022 9:18AM

EARL CRAGO

Rcpt. No: 400000219                Trans. Date: Aug 16, 2022 9:18AM                Cashier ID: #RM

| CD  | Purpose              | Case/Party/Defendant | Qty | Price | Amt  |
|-----|----------------------|----------------------|-----|-------|------|
| 202 | Writ of Habeas Corpus |                      | 1   | 5.00  | 5.00 |

| CD | Tender      |              |            | Amt    |
|----|-------------|--------------|------------|--------|
| MO | Money Order | #27915782995 | 08/12/2022 | $5.00  |

|                      |        |
|----------------------|--------|
| Total Due:           | $5.00  |
| Total Tendered:      | $5.00  |
| Total Cash Received: | $0.00  |
| Cash Change Amount:  | $0.00  |

**Comments:** FBO: CV-22-00339-TUC-JAS--LAB EARL FELTON CRAGO, JR.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.