Case 2:22-cv-00339-SAB Document 41 Filed 09/28/22 Page 1 of 1
Case 4:22-cv-00339-SAB Document 41 Filed 09/28/22 Page 1 of 1

ADC # 115357
Arizona State Prison Complex ~~Lewis~~
Unit ~~Buckley~~
~~Buckeye~~ AZ ~~85326~~

US POSTAGE
ZIP 85326 $ 00
02 4W
0000386030 JUL

CLERK OF THE UNITED STATES
DISTRICT COURT
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 1500
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS



RECEIVED
JUL 29 2022
CLERK'S OFFICE
U.S. DISTRICT COURT