**(FOR USE IN Title 28 §2241 and §2254 CASES WITH
UNITED STATES DISTRICT JUDGE AS PRESIDER)**

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

|  |  |
|---|---|
| Petitioner(s) )<br>)<br>vs. )   Case No.<br>)<br>)<br>Respondent(s) ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE**

In accordance with provisions of Title 28, U.S.C. §636(c)(1), the undersigned (party) (counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including t rial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

Date: _____

_____
Signature

_____
Print Name

==========================================================

**UNITED STATES DISTRICT JUDGE OPTION**

Pursuant to Title 28, U.S.C. §636(c)(2) the undersigned (party)(counsel of record for _____ _____) in the above captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case remain assigned to a United States District Judge.

Date: _____

_____
Signature

_____
Print Name

**DO NOT ELECTRONICALLY FILE THIS FORM .
RETURN THIS FORM TO THE  CLERK'S OFFICE WITHIN
THIRTY (30)  DAYS FROM YOUR APPEARANCE IN THIS CASE.**