# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### CONSENT TO EXERCISE OF JURISDICTION
### BY UNITED STATES MAGISTRATE JUDGE

### INSTRUCTIONS TO ALL PARTIES

Pursuant to Local Rule of Civil Procedure 3.7(a), all civil cases will be randomly assigned to a United States District Court Judge or to a United States Magistrate Judge.

When this case was filed, it was assigned to a United States District Judge and referred to a United States Magistrate Judge.  Consent forms, for all parties, were given to the case filer.  On these forms, consent may be given for the United States Magistrate Judge to conduct any and all further proceedings in the case.  If all parties consent, the case will be assigned to the referred United States Magistrate Judge, pursuant to Title 28, U.S.C. §636(c)(1).  These cases are assigned to a United States Magistrate Judge for all purposes, including trial and final entry of judgment.  Any appeal from a judgment entered by the United States Magistrate Judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.  However, consent is voluntary, and no adverse consequences of any kind will be felt by any party or attorney who objects to assignment of a case to the United States Magistrate Judge.

If any party chooses the United States District Judge option, the case will remain assigned to the United States District Court Judge.  To elect to have the case heard before a United States District Court Judge, the United States District Judge option selection of the form must be completed.

**Each party must file the completed consent form with the court no later than thirty (30) days after entry of appearance.  This document should be filed in paper form only.**