MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

KATHRYN A. DAMSTRA
ASSISTANT ATTORNEY GENERAL
CRIMINAL APPEALS SECTION
400 WEST CONGRESS, BLDG. S–215
TUCSON, ARIZONA 85701–1367
TELEPHONE: (520) 628–6520
KATHRYN.Damstra@azag.gov
cadocket@azag.gov
(STATE BAR NUMBER 14384)
ATTORNEYS FOR RESPONDENTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago,<br><br>Petitioner,<br><br>-vs-<br><br>David Shinn, et al.,<br><br>Respondents. | CIV 22-00339-TUC-JAS (LAB)<br><br><br><br>NOTICE OF APPEARANCE |

    Respondents hereby notice the appearance of Kathryn A. Damstra, Assistant Attorney General as Respondents' counsel of record for these proceedings. Please send all orders and other correspondence to undersigned counsel at the address indicated at the top of this page.

    DATED this 29th day of September, 2022.

                              RESPECTFULLY SUBMITTED,

                              MARK BRNOVICH
                              ATTORNEY GENERAL

                              J.D. Nielsen
                              Habeas Unit Chief

                              <u>/S/KATHRYN A. DAMSTRA</u>
                              ASSISTANT ATTORNEY GENERAL
                              ATTORNEYS FOR RESPONDENTS

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and served the attached document by mail on the following, who is not a registered participant of the ECF System:

Earl Felton Crago, #115357
ASPC Lewis – Buckley Unit
P.O. Box 3400
Buckeye, AZ 85326

Petitioner, Pro Se

/s/ Y. Garcia

STC4K7MC0E0HED