Mark Brnovich
Attorney General
(Firm State Bar No. 14000)

Kathryn A. Damstra
Assistant Attorney General
Criminal Appeals Section
400 West Congress, Bldg. S–215
Tucson, Arizona 85701–1367
Telephone: (520) 628–6520
Kathryn.Damstra@azag.gov
cadocket@azag.gov
(State Bar Number 14384)
Attorneys for Respondents

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago,<br><br>    Petitioner,<br><br>-vs-<br><br>David Shinn, et al.,<br><br>    Respondents. | CIV 22-0339-TUC-JAS (LAB)<br><br>MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (First Request) |

Respondents respectfully request a first, 30-day extension of time, until December 7, 2022, in which to file an answer or other dispositive pleading in response to the Petition for Writ of Habeas Corpus. The response is currently due on November 7, 2022. Undersigned counsel needs the additional time due to prior involvement in other appeals and legal matters before the state and federal courts, including:

*State v. Newman*, 1 CA-CR 22-0123 (Answering Brief filed October 5, 2022)

*Wahl v. Shinn*, 21-16174 (Ninth Circuit Court Answering Brief filed October 18, 2022)

*State v. Hall*, 1 CA-CR 22-0181 (Answering Brief due November 15, 2022)

////

////

This case has a complex and lengthy procedural history. This is Crago's third petition for habeas corpus relief, and he has completed nine post-conviction relief proceedings in the state courts. Furthermore, counsel missed several days of work due to an adverse reaction to a COVID vaccine.

DATED this 3rd day of November, 2022.

Respectfully submitted,

Mark Brnovich
Attorney General
(Firm State Bar No. 14000)

J.D. Nielsen
Habeas Unit Chief

/s/ Kathryn A. Damstra
Assistant Attorney General
Criminal Appeals Section
400 West Congress, Bldg. S–215
Tucson, Arizona 85701–1367
Telephone: (520) 628–6520
KATHRYN.DAMSTRA@AZAG.GOV
CADOCKET@AZAG.GOV
State Bar Number 14384

Attorneys for Respondent

I hereby certify that on November 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and served the attached document by mail on the following, who is not a registered participant of the ECF System:

Earl Felton Crago, #115357
ASPC Lewis – Buckley Unit
P.O. Box 3400
Buckeye, AZ 85326

Petitioner, Pro Se

/s/ Y. Garcia

SP7GNB6J0FWMKC