☒ FILED   ☐ LODGED

**Nov 02 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Earl F. Crago 115357
ASPC - LEWIS - RAST
PO BOX 70
BUCKEYE, AZ. 85326

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Earl F. Crago,

      Petitioner,

    v.

David Shinn, et al.,

      Respondents.

NO. CV 22-00339-TUC-JAS (LAB)

NOTICE OF CHANGE OF

ADDRESS

    Petitioner hereby gives notification that his address has changed.

      New Address:

             Earl E. Crago, 115357

             ASPC - LEWIS - RAST UNIT

             PO BOX 70

             BUCKEYE, AZ. 85326

Date October 27, 2022

By: Earl F. Crago

    Petitioner, Pro Se.

  I, Earl F. Crago, hereby give notice this case is subject to General Order 14-17 and I gave this document to prison officials on October 28, 2022.

             By Earl F. Crago.