# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl Felton Crago,<br><br>Petitioner,<br><br>-vs-<br><br>David Shinn, et al.,<br><br>Respondents. | CIV 22-0339-TUC-JAS (LAB)<br><br><br><br>ORDER |

Upon motion duly made, and for good cause appearing,

IT IS HEREBY ORDERED that Respondents' Motion for Extension of Time to File Answer to Petition for Writ of Habeas Corpus is granted for 30 days with a due date of December 7, 2022. (Doc. 11)

Dated this 4th day of November, 2022.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge

1