Earl F. Crago  115357
ASPC LEWIS RAST
PO BOX 90
BUCKEYE, AZ. 85326

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| EARL FELTON CRAGO, | No. CV 22-00339-TUC-JAS (LAB) |
| Petitioner, | PLAINTIFF'S OBJECTION TO ANYMORE |
| V. | REQUESTS FOR EXTENSION OF TIME |
| David Shinn, et al., | TO ANSWER PETITION FOR WRIT |
| Respondents. | OF HABEAS CORPUS. |

Respondents requested an extension of time to file answer citing as grounds involvement in other legal matters. The Court granted the request as a matter of course without a response from Petitioner. The reason given was not an extraordinary reason which is the general requirement or for "good cause". Petitioner understands one extension is usually given just because.

Petitioner is being held in custody beyond his sentence expiration date and every extension causes great and irreparable harm to Plaintiff whose father is on his deathbed with pulmonary fibrosis, and who is himself exposed to the everyday violence of a understaffed prison currently experiencing a serious prison gang war between rival prison gangs FOE (Family Over Everyone) and La Familia Doce that the prison administration does nothing to control.

Petitioner Respectfully gives notice of his objections to any further request for extension of time to respond absent certification of a true extraordinary circumstance.

Date November 22, 2022         By Earl F Crago, pro se

I certify pursuant to General Order 14-17 I gave this document to prison officials for e file on November 22, 2022.         By Earl F Crago