Earl F. Crago 115357
ASPC-LEWIS-RAST
PO BOX 70
BUCKEYE, AZ. 85326


FILED ☒  LODGED ☐
11/6/23
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Earl F. Crago,<br>    Petitioner<br>v,<br>David Shinn, et al.<br>    Respondents | NO. CV 22-00339-TUC-JAS<br>NOTICE OF PENDING<br>OBJECTIONS TO<br>REPORT & RECOMEN-<br>DATIONS. |

Petitioner hereby gives notice that his objections to the R&R were filed 5-31-23. It is now 10-30-23, approximately five months having passed awaiting a ruling on the objections by the court.

Dated October 30, 2023        By Earl F Crago
                                Petitioner, pro se

I certify I gave the foregoing documents to prison officials for efiling on October 30, 2023   by Earl F Crago.