Earl F. Crago 115357
ASPC LEWIS RAST
PO BOX 70
BUCKEYE AZ. 85326

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| EARL FELTON CRAGO, | NO. CIV 22-00339-TUC-JAS |
| Petitioner | REQUEST FOR RULING ON |
| v. | OBJECTIONS TO R & R |
| David Shinn, et al., | FILED ON MAY 31, 2023 |
| Respondents | (DKT 20). |

Petitioner, hereby gives notice that objections to the R&R have been pending before the Court for 7 months. Petitioner is being held in prison beyond his sentence expiration date and the Courts are slow playing addressing the issue because of the political nature of the subject matter. This cause no. has been pending before this court since July 29, 2022. Can this court please rule on the objections.

Date: January 7, 2024        By: _Earl F Crago_
                                Petitioner, Pro Se

I certify I gave the foregoing documents to prison officials for e-filing on October 30, 2024.

                                By _Earl F Crago_
                                Petitioner, Pro Se.